\*\*E-filed \*\*



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY MEADOWS,<br><br>    Plaintiff,<br>v.<br><br>FIRST AMERICAN TRUSTEE SERIVCING SOLUTIONS, LLC, WELLS FARGO BANK AND BANK OF AMERICA<br><br>    Defendants.<br>_____/ | No. C 11-05754 RS<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING PRELIMINARY INJUNCTION HEARING** |

Plaintiff Randy Meadows filed a motion for temporary restraining order and order to show cause regarding preliminary injunction on November 30, 2011. The motion seeks to prevent the foreclosure of plaintiff's home on December 5, 2011. After filing the motion, plaintiff's counsel represented that defendant Wells Fargo had agreed to postpone said foreclosure for a period of thirty days. Plaintiff's motion for temporary restraining order is therefore moot. The parties are directed to appear at a **preliminary injunction hearing at 1:30 p.m. on December 22, 2011** in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco. Plaintiff may file a supplemental motion for a preliminary injunction by **December 7, 2011**. Defendants may file a response by **December 14, 2011**. Plaintiff may, if they elect to do so, file a reply brief by **December 19, 2011**.

1 | IT IS SO ORDERED.

Dated: 11-30-11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE