1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*\*E-filed \*\***



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RANDY MEADOWS,

        Plaintiff,

v.

FIRST AMERICAN TRUSTEE
SERIVCING SOLUTIONS, LLC, WELLS
FARGO BANK AND BANK OF
AMERICA

        Defendants.

_____/

No. C 11-05754 RS

**ORDER DENYING TEMPORARY
RESTRAINING ORDER AND
SETTING PRELIMINARY
INJUNCTION HEARING**

Plaintiff Randy Meadows filed a motion for temporary restraining order and order to show cause regarding preliminary injunction on November 30, 2011. The motion seeks to prevent the foreclosure of plaintiff's home on December 5, 2011. After filing the motion, plaintiff's counsel represented that defendant Wells Fargo had agreed to postpone said foreclosure for a period of thirty days. Plaintiff's motion for temporary restraining order is therefore moot. The parties are directed to appear at a **preliminary injunction hearing at 1:30 p.m. on December 22, 2011** in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco. Plaintiff may file a supplemental motion for a preliminary injunction by **December 7, 2011**. Defendants may file a response by **December 14, 2011**. Plaintiff may, if they elect to do so, file a reply brief by **December 19, 2011**.

United States District Court

For the Northern District of California

1    IT IS SO ORDERED.

2

3    Dated: 11 - 30 - 11

4                                          RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2