**\*\*E-filed 12/15/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RANDY MEADOWS,

        Plaintiff,

  v.

FIRST AMERICAN TRUSTEE SERIVCING SOLUTIONS, LLC, WELLS FARGO BANK AND BANK OF AMERICA

        Defendants.
_____/

No. C 11-05754 RS

**ORDER RESETTING PRELIMINARY INJUNCTION HEARING**

    Plaintiff Randy Meadows filed a motion for temporary restraining order and order to show cause regarding preliminary injunction on November 30, 2011. The motion sought to prevent the foreclosure of plaintiff's home on December 5, 2011. After filing the motion, plaintiff's counsel represented that defendant Wells Fargo had agreed to postpone said foreclosure for a period of thirty days. The Court, thereby, declared plaintiff's motion moot and issued an order setting a further briefing schedule and a preliminary injunction hearing date of December 22, 2011. Since the Order neither party has submitted briefs nor established that the Court's Order was served on all parties. The preliminary injunction hearing shall be rescheduled for **December 29, 2011**, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco. Plaintiff shall file a supplemental motion for a preliminary injunction by **December 19, 2011**. Defendants shall file a response by **December 21,**

**2011**. Plaintiff may, if they elect to do so, file a reply brief by **December 23, 2011**. Plaintiff must also ensure and demonstrate to the Court that this Order is served on all defendants. Failure to do so will result in the denial of plaintiff's request for preliminary injunction.

IT IS SO ORDERED.

Dated: 12/15/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE