*E-Filed 12/20/11*

MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL III (State Bar No. 240494)
M. ELIZABETH HOLT (State Bar No. 263206)
E-mail: meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Wells Fargo Bank, N.A. and
Bank of America, N.A.

SHIRLEY HOCHAUSEN (State Bar No. 145619)
KEITH OGDEN (State Bar No. 273129)
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
2117 B University Avenue
East Palo Alto, CA 94303
Telephone: (650) 326-6440
Facsimile: (650) 326-9722

ROBERT F. KANE (State Bar No. 71407)
E-mail: RKane1089@aol.com
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Telephone: (415) 982-1510
Facsimile: (415) 982-5821

Attorneys for Plaintiff
Randy Meadows

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY MEADOWS,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK; and BANK OF AMERICA,<br><br>  Defendants. | Case No.  3:11-CV-05754-RS<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2; [PROPOSED] ORDER**<br><br>Hearing Date:   December 29, 2011<br>Time:           1:30 p.m.<br>Courtroom:      3, 17th Floor<br>Judge:          Hon. Richard Seeborg<br><br>Complaint Date:  November 30, 2011<br>Trial Date:      None Set |

- 1 -

1   Plaintiff Randy Meadows and defendants Wells Fargo Bank, N.A. ("Wells Fargo"), and Bank of America, N.A. ("Bank of America"), jointly submit this stipulated request for order changing time pursuant to Civil Local Rule 6-2.

On November 30, 2011, the Court entered an order denying as moot plaintiff's motion for temporary restraining order, based on Wells Fargo's representation that the sale of the subject property had been postponed (docket entry [10]). That order also scheduled a preliminary injunction hearing for December 22, 2011. On December 15, 2011, the Court continued the hearing to December 29, 2011 (docket entry [13]).

The parties now jointly request that the preliminary injunction and accompanying briefing schedule be continued as follows:

- Plaintiff should file a supplemental motion for preliminary injunction by **January 5, 2012**
- Wells Fargo and Bank of America should file a response by **January 12, 2012**
- Plaintiff may, if he elects to do so, file a reply brief by **January 19, 2012**
- The hearing on preliminary injunction should be continued to **February 2, 2012, at 1:30 p.m.**, or a later date of the Court's choosing.

In view of the above stipulations, Wells Fargo represents that it has instructed the trustee to postpone the foreclosure sale until February 17, 2012, or later, but in no event less than 15 days after a ruling on plaintiff's motion for preliminary injunction.

In light of ongoing settlement discussions, pursuant to Civil L.R. 6.1(a), the parties further stipulate that Wells Fargo and Bank of America's response deadline to the complaint is extended to **February 20, 2012**.

///
///
///
///
///
///

1  DATED: December 20, 2011            Respectfully submitted,

2                                      SEVERSON & WERSON
                                       A Professional Corporation
3
                                       By:         /s/ M. Elizabeth Holt
4                                                  M. Elizabeth Holt

5                                      Attorneys for Defendants
                                       Wells Fargo Bank, N.A. and Bank of America,
6                                      N.A.

7  DATED: December 20, 2011            LAW OFFICES OF ROBERT F. KANE
8
                                       By:         /s/ Robert F. Kane
9                                                  Robert F. Kane

10                                     Attorneys for Plaintiff
                                       Randy Meadows
11

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

### [PROPOSED] ORDER

In light of the parties' stipulations, and good cause appearing, IT IS HEREBY ORDERED that:

- Plaintiff may file a supplemental motion for preliminary injunction no later than **January 5, 2012**.

- Wells Fargo and Bank of America may file a response no later than **January 12, 2012**.

- Plaintiff may, if he elects to do so, file a reply brief no later than **January 19, 2012**.

- The hearing on preliminary injunction is continued to __February 2, 2012__ at __1:30__ ~~AM~~/PM.

DATED: 12/20/11

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE