United States District Court
For the Northern District of California

1

2                                                          **\*E-Filed 12/21/11\***

3

4                    IN THE UNITED STATES DISTRICT COURT

5

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    RANDY MEADOWS,                              No. C 11-05754 RS

8              Plaintiff,

9       v.                                       **RECUSAL ORDER**

10   FIRST AMERICAN TRUSTEE SERVICING
     SOLUTIONS, LLC., ET AL.,
11
              Defendant.
12   _____/

13

14       I hereby recuse myself from hearing or determining any matters which have been

15   referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign

     the referred matters in this case to another District Judge.
16

17

18       **IT IS SO ORDERED.**

19

20

21   Dated: 12/21/11                             _____
                                                 RICHARD SEEBORG
22                                               UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28