United States District Court
For the Northern District of California

*E-Filed 12/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MEADOWS, | No. C 11-05754 RS |
|     Plaintiff, | |
| v. | **RECUSAL ORDER** |
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC., ET AL., | |
|     Defendant. | |

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred matters in this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 12/21/11

                        RICHARD SEEBORG
                        UNITED STATES DISTRICT JUDGE