IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY MEADOWS,

          Plaintiff,

          v.

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK and BANK OF AMERICA,

          Defendants.

NO. C11-5754 TEH

ORDER OF RECUSAL

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 2/29/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT