IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MEADOWS,<br><br>     Plaintiff,<br><br>    v.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK and BANK OF AMERICA,<br><br>     Defendants. | NO. C11-5754 TEH<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 2/29/2012

              _/s/ Thelton E. Henderson_
              THELTON E. HENDERSON, JUDGE
              UNITED STATES DISTRICT COURT