**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                  General Court Number
Clerk                                                                                         415.522.2000

**March 1, 2012**

CASE NUMBER:  CV 11-05754 TEH
CASE TITLE:  RANDY MEADOWS-v-FIRST AMERICAN TRUSTEE

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/1/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                  Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 3/1/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA