UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MEADOWS,<br><br>  Plaintiff,<br><br> vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, et al.,<br><br>  Defendants. | Case No.: 11-cv-05754-YGR<br><br>**ORDER REGARDING PENDING MOTION TO DISMISS COMPLAINT AND MAY 15, 2012 HEARING DATE** |

The Court understands that the parties have agreed to stipulate to mediation with the Court's ADR Unit. In light of this stipulation and to allow the mediation efforts to be fruitful, the Court believes that the instant resolution of Defendants Wells Fargo Bank and Bank of America's Motion to Dismiss Complaint is not necessary. The Court requests that the moving Defendants withdraw their pending motion. If mediation is not successful, Defendants may re-notice the motion for hearing (having already been fully briefed) with two weeks' notice to the Court (rather than the normal 35 days' notice under the Local Rules). However, the hearing must be re-noticed for hearing to occur no later than September 4, 2012.

If a notice of withdrawal is not filed by Defendants prior to May 15, 2012, the hearing will occur as scheduled.

**IT IS SO ORDERED.**

Dated: May 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**