**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY MEADOWS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK; AND BANK OF AMERICA,<br><br>　　　　Defendants. | Case No.: 11-CV-5754 YGR<br><br>**ORDER VACATING HEARING** |

　　The court has reviewed the papers submitted by the parties in connection with the Motion of Defendants Wells Fargo Bank and Bank of America to Dismiss and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing previously set for September 4, 2012, is **VACATED**.  The Court will issue a written decision on the papers.

　　**IT IS SO ORDERED**.

Date: August 31, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**