United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MEADOWS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 11-cv-05754-YGR<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is scheduled for June 24, 2013. The conference was continued pursuant to a stipulation and request by the parties. The order setting the June 24 Case Management Conference stated that "[a]ll deadlines associated with the CMC are also continued accordingly." (Dkt. No. 61.)

The parties have failed to file a Joint Case Management Conference Statement pursuant to the Local Rules and this Court's Standing Order in Civil Cases. While the parties' stipulation discusses an impending settlement agreement, a stipulation of dismissal has not been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Monday, July 8, 2013** at 2:00 p.m. in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **July 1, 2013**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; (2) a written response to this Order to Show Cause why they should not be

sanctioned for their failure to timely file a joint case management statement; or (3) a stipulation of dismissal.

If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar.  Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for June 24, 2013 is **CONTINUED** to July 8, 2013.

**IT IS SO ORDERED.**

Dated: June 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**