UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MEADOWS,<br><br>   Plaintiff,<br><br>   vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, et al.,<br><br>   Defendants. | Case No.: 11-cv-05754-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING AND SETTING COMPLIANCE HEARING** |

Having reviewed and considered the Notice of Settlement and Request for Continuance (Dkt. No. 63) and Response of Defendant First American Trustee Servicing Solutions, LLC to Order to Show Cause (Dkt. No. 64), the Court is satisfied with the parties' submissions and, accordingly, **VACATES** the Order to Show Cause hearing and Case Management Conference scheduled for Monday, July 8, 2013.  No further action will be taken with respect to the Order to Show Cause.

Based on the Notice of Settlement, all other dates in this action are **VACATED**.  A compliance hearing shall be held on Friday, August 16, 2013 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

This Order terminates Dkt. No. 63.

**IT IS SO ORDERED.**

Dated: June 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**