1  SHIRLEY HOCHAUSEN (State Bar No. 145619)
   KEITH OGDEN (State Bar No. 273129)
2  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   2117 B University Avenue
3  East Palo Alto, CA 94303
   Telephone: (650) 326-6440
4
   ROBERT F. KANE (State Bar No. 71407)
5  RKane1089@aol.com
   LAW OFFICES OF ROBERT F. KANE
6  870 Market Street, Suite 1228
   San Francisco, CA 94102
7  Telephone: (415) 982-1510

8  Attorneys for Plaintiff
   Randy Meadows
9
   GLENN HARLAN WECHSLER (State Bar No. 118456)
10 glenn@glennwechsler.com
   LAW OFFICES OF GLENN H. WECHSLER
11 1646 N. California Blvd, Suite 450
   Walnut Creek, CA 94596
12 Telephone (925) 274-0020

13 Attorneys for Defendant
   First American Trustee Servicing Solutions, LLC
14
   MARK D. LONERGAN (State Bar No. 143622)
15 EDWARD R. BUELL, III (State Bar No. 240494)
   M. ELIZABETH HOLT (State Bar No. 263206)
16 meh@severson.com
   SEVERSON & WERSON
17 A Professional Corporation
   One Embarcadero Center, Suite 2600
18 San Francisco, California 94111
   Telephone: (415) 398-3344
19
   Attorneys for Defendants
20 Wells Fargo Bank, N.A. and Bank of America, N.A.

21                 UNITED STATES DISTRICT COURT

22        NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| 23  RANDY MEADOWS, | Case No. 4:11-CV-05754-YGR |
| 24          Plaintiff, | **STIPULATED REQUEST FOR** |
|          vs. | **DISMISSAL WITH PREJUDICE AND** |
| 25 | **[PROPOSED] ORDER** |
| 26  FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK; and BANK OF AMERICA, | The Hon. Yvonne Gonzalez Rogers |
| 27 | Complaint Date: November 30, 2011 |
|          Defendants. | Trial Date:       None Set |
| 28 | |

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, plaintiff Randy Meadows and defendants First American Trustee Servicing Solutions, LLC, Wells Fargo Bank, N.A. (sued herein as "Wells Fargo Bank") and Bank of America, N.A. (sued herein as "Bank of America"), by and through their attorneys, respectfully request that the above-captioned matter be dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED:**

DATED: June 27, 2013                          LAW OFFICES OF ROBERT F. KANE

                                             By: _____ /s/ *Robert F. Kane* _____
                                                      Robert F. Kane

                                             Attorney for Plaintiff Randy Meadows


DATED: June 27, 2013                          LAW OFFICES OF GLENN H. WECHSLER

                                             By: _____ /s/ *Glenn H. Wechsler* _____
                                                      Glenn H. Wechsler *

                                             Attorney for Defendant First American
                                             Trustee Servicing Solutions, LLC


DATED: June 27, 2013                          SEVERSON & WERSON, P.C.

                                             By: _____ /s/ *M. Elizabeth Holt* _____
                                                      M. Elizabeth Holt *

                                             Attorney for Defendants Wells Fargo Bank,
                                             N.A. and Bank of America, N.A.

* I, Robert F. Kane, am the ECF user whose identification and password are being used to file this Stipulated Request for Dismissal and [Proposed] Order. I hereby attest that M. Elizabeth Holt and Glenn H. Wechsler have concurred in this filing. */s/ Robert F. Kane*

1

## [PROPOSED] ORDER

2       Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure and the joint

3   stipulation of all parties who have appeared, this action is hereby dismissed with prejudice. Each

4   party shall bear its own fees and costs.   This Order terminates Dkt. No. 67.

5   IT IS SO ORDERED.

6

7

8   DATED: ___June 28_____, 2013          _____

9                                          Honorable Yvonne Gonzalez Rogers
                                           United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28