SHIRLEY HOCHAUSEN (State Bar No. 145619)
KEITH OGDEN (State Bar No. 273129)
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
2117 B University Avenue
East Palo Alto, CA 94303
Telephone: (650) 326-6440

ROBERT F. KANE (State Bar No. 71407)
RKane1089@aol.com
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1228
San Francisco, CA 94102
Telephone: (415) 982-1510

Attorneys for Plaintiff
Randy Meadows

GLENN HARLAN WECHSLER (State Bar No. 118456)
glenn@glennwechsler.com
LAW OFFICES OF GLENN H. WECHSLER
1646 N. California Blvd, Suite 450
Walnut Creek, CA 94596
Telephone (925) 274-0020

Attorneys for Defendant
First American Trustee Servicing Solutions, LLC

MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL, III (State Bar No. 240494)
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344

Attorneys for Defendants
Wells Fargo Bank, N.A. and Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| RANDY MEADOWS,<br><br>    Plaintiff,<br>        vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; WELLS FARGO BANK; and BANK OF AMERICA,<br><br>    Defendants. | Case No. 4:11-CV-05754-YGR<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Complaint Date: November 30, 2011<br>Trial Date:    None Set |

## STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, plaintiff Randy Meadows and defendants First American Trustee Servicing Solutions, LLC, Wells Fargo Bank, N.A. (sued herein as "Wells Fargo Bank") and Bank of America, N.A. (sued herein as "Bank of America"), by and through their attorneys, respectfully request that the above-captioned matter be dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED:**

DATED: June 27, 2013          LAW OFFICES OF ROBERT F. KANE

                              By:     /s/ *Robert F. Kane*
                                      Robert F. Kane

                              Attorney for Plaintiff Randy Meadows


DATED: June 27, 2013          LAW OFFICES OF GLENN H. WECHSLER

                              By:     /s/ *Glenn H. Wechsler*
                                      Glenn H. Wechsler *

                              Attorney for Defendant First American
                              Trustee Servicing Solutions, LLC


DATED: June 27, 2013          SEVERSON & WERSON, P.C.

                              By:     /s/ *M. Elizabeth Holt*
                                      M. Elizabeth Holt *

                              Attorney for Defendants Wells Fargo Bank,
                              N.A. and Bank of America, N.A.

* I, Robert F. Kane, am the ECF user whose identification and password are being used to file this Stipulated Request for Dismissal and [Proposed] Order. I hereby attest that M. Elizabeth Holt and Glenn H. Wechsler have concurred in this filing. */s/ Robert F. Kane*

# [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure and the joint stipulation of all parties who have appeared, this action is hereby dismissed with prejudice. Each party shall bear its own fees and costs. This Order terminates Dkt. No. 67.

IT IS SO ORDERED.

DATED: June 28, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Court